**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (If known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | digitalXmedia, LLC | |
| 2. **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 85-2117270 | |
| 4. **Debtor's address** | **Principal place of business**  2437 Tolliver Drive  Number   Street  Ellenwood   GA   30294  City   State   ZIP Code  DeKalb County  County | **Mailing address, if different from principal place of business**  Number   Street  P.O. Box  City   State   ZIP Code  **Location of principal assets, if different from principal place of business**  Number   Street  City   State   ZIP Code |
| 5. **Debtor's website** (URL) | digitalxmedia.co | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1

Debtor  digitalXmedia, LLC
        Name

Case number (if known) _____

---

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5418

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes.  District _____  When _____  Case number _____
                                  MM / DD / YYYY
           District _____  When _____  Case number _____
                                  MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☒ No
- ☐ Yes.  Debtor _____  Relationship _____
           District _____  When _____
                                  MM / DD / YYYY
           Case number, if known _____

---

Debtor   digitalXmedia, LLC _____   Case number (*if known*)_____
         Name

| | | |
|---|---|---|
| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                       Number      Street<br>_____<br>_____<br>City                                         State     ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

---

### Statistical and administrative information

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. | **Estimated number of creditors** | ☑ 1-49            ☐ 1,000-5,000       ☐ 25,001-50,000<br>☐ 50-99          ☐ 5,001-10,000      ☐ 50,001-100,000<br>☐ 100-199        ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated assets** | ☑ $0-$50,000             ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000       ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Debtor __digitalXmedia, LLC_____  Case number (*if known*)_____
      Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/13/2023__
            MM / DD / YYYY

✖ __/s/ Sanarr McLaughlin_____   __Sanarr McLaughlin_____
Signature of authorized representative of debtor   Printed name

Title __Member_____

**18. Signature of attorney**

✖ __/s/ Will Geer_____   Date __04/13/2023__
Signature of attorney for debtor           MM / DD / YYYY

__Will Geer_____
Printed name
__Rountree, Leitman, Klein & Geer, LLC_____
Firm name
__2987 Clairmont Road Suite 350_____
Number     Street

__Atlanta_____   __GA__   __30329_____
City      State     ZIP Code

__404-584-1238_____   __wgeer@rlkglaw.com_____
Contact phone      Email address

__940493_____   __GA_____
Bar number      State

**Fill in this information to identify the case:**

Debtor name: digitalXmedia, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Katon Partners LLC dba AdfireHealth  1297 E Putnam Ave  # 1010-12  Riverside, CT, 06878 | | Suppliers or Vendors | | | | 124,427.00 |
| 2 | Adprime Media Inc.  28 Liberty St  6th FL  New York, NY, 10005 | | Suppliers or Vendors | | | | 77,155.00 |
| 3 | Practice Fusion, an Allscripts Company \| Veradigm  305 Church at North Hills Street  Raleigh, NC, 27609 | | Suppliers or Vendors | | | | 31,049.00 |
| 4 | WebHealth Network Media Inc \| Sales Spider Inc.  101 Duncan Mill Road  Suite 405  Toronto, ON Canada, AK, M3B 1Z3 | | Suppliers or Vendors | | | | 30,000.00 |
| 5 | Massachusetts Medical Society  New England Journal of Medicine  860 Winter Street  Waltham, MA, 02451-1411 | | Suppliers or Vendors | | | | 18,964.00 |
| 6 | American Express  P.O. Box 981537  El Paso, TX, 79998-0000 | | Credit Card Debt | | | | 11,227.28 |
| 7 | Harborside\|Journal of Clinical Oncology  94 North Woodhull Road  Huntington, NY, 11743 | | Suppliers or Vendors | | | | 5,423.00 |
| 8 | Capital One  PO Box 30253  Salt Lake City, UT, 84130-0000 | | Credit Card Debt | | | | 5,389.87 |

Debtor    digitalXmedia, LLC
          _____
          Name

Case number (*if known*)_____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Chase Bank, N.A. P.O. Box 15123 Wilmington, DE, 19850 | | Credit Card Debt | | | | 2,587.09 |
| 10 | South State Bank 59 Orvin Lance Dr Blue Ridge, GA, 30513 | | Credit Card Debt | | | | 0.00 |
| 11 | Internal Revenue Service CIO P.O. Box 7346 Philadelphia, PA, 19101-7346 | | Taxes & Other Government Units | | | | 0.00 |
| 12 | Georgia Department of Revenue Bankruptcy Section P.O. Box 161108 Atlanta, GA, 30321-0000 | | Taxes & Other Government Units | | | | 0.00 |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

Adprime Media Inc.
28 Liberty St
6th FL
New York, NY 10005

Alexis Day
2311 Country Club Dr
Atlanta
GA 30311

American Express
P.O. Box 981537
El Paso, TX 79998-0000

Capital One
PO Box 30253
Salt Lake City, UT 84130-0000

Chase Bank, N.A.
P.O. Box 15123
Wilmington, DE 19850

DeKalb County Tax Commissioner
4380 Memorial Drive
Ste. 100
Decatur, GA 30032

Georgia Department of Revenue
Bankruptcy Section
P.O. Box 161108
Atlanta, GA 30321-0000

Georgia Department of Revenue
Compliance Division, ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

Harborside|Journal of Clinical Oncology
94 North Woodhull Road
Huntington, NY 11743

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
401 W. Peachtree St., NW
Stop 334-D
Atlanta, GA 30308-0000

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Katon Partners LLC dba AdfireHealth
1297 E Putnam Ave
Riverside, CT 06878

Massachusetts Medical Society
New England Journal of Medicine
860 Winter Street
Waltham, MA 02451-1411

Practice Fusion, an Allscripts Company | Veradigm
305 Church at North Hills Street
Raleigh, NC 27609

Sanarr McLaughlin
2437 Tolliver Drive
Ellenwood
GA 30294

South State Bank
59 Orvin Lance Dr
Blue Ridge, GA 30513

U.S. Securities and Exchange Commission
Ste. 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

United States Attorney
75 Ted Turner Drive, Ste 600
Atlanta, GA 30303-3309

WebHealth Network Media Inc | Sales Spider Inc.
101 Duncan Mill Road
Suite 405
Toronto, ON Canada, AK M3B 1Z3

United States Bankruptcy Court

Northern District of Georgia

In re: digitalXmedia, LLC

Case No.

Chapter  11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 04/13/2023

/s/ Sanarr McLaughlin

Signature of Individual signing on behalf of debtor

Member

Position or relationship to debtor